# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS PERRY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:10-CV-00877-LKK-KJM<br><br>**ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Removed From State Court: 04/12/2010<br><br>Dept.:       4<br>Judge:       Hon. Lawrence K. Karlton<br>Trial Date:  Not Set |

For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in and for the County of Solano.

IT IS SO ORDERED

Date: May 18, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-    Case No. 2:10-CV-00877-LKK-KJM
ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT

PDF created with pdfFactory trial version www.pdffactory.com